UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JEANA BARENBOIM, on behalf of herself
and all others similarly situated,

        Plaintiff,

  -v-                                            No. 08 Civ. 3318 (LTS)

STARBUCKS CORP.,

        Defendants.

-------------------------------------------------------x

## ORDER

        WHEREAS, this action was commenced by the filing of a Complaint on April 3, 2008; and

        WHEREAS, the Court has reviewed such Complaint to ascertain the basis for assertion of subject matter jurisdiction in this court; and

        WHEREAS, such Complaint asserts that the Court has jurisdiction based on diversity of citizenship (28 U.S.C. § 1332), but diversity jurisdiction pursuant to 28 U.S.C. § 1332(d) requires a demonstration that any member of the proposed class in a class action be a citizen of a state different from any defendant, and the Complaint alleges merely the residency of Ms. Barenboim and does not allege the citizenship of Ms. Barenboim or any other class member, named or unnamed; and

        WHEREAS, "subject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power," E.R. Squibb & Sons v. Accident & Cas. Ins. Co., 160 F.3d 925, 929 (2d Cir. 1998) (citation omitted), and Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action;" it is hereby

        ORDERED, that plaintiff shall, no later than **April 29, 2008,** file and serve a Supplement to the Complaint containing allegations sufficient to demonstrate a basis for subject matter jurisdiction in this Court or otherwise show cause in writing as to why this case should not be dismissed for lack of subject matter jurisdiction.

Dated: New York, New York
       April 14, 2008

                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge