UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEANA BARENBOIM, JOSE ORTIZ, and
REVANS RAGBIR on behalf of themselves
and others similarly situated,

INDEX NO: 08-cv-3318 (LTS)

MOTION TO ADMIT COUNSEL PRO
HAC VICE

Plaintiffs,

v.

STARBUCKS CORPORATION,

Defendant.
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Shannon Liss-Riordan |
| Firm Name: | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. |
| Address: | 18 Termont Street, Suite 500 |
| City/State/Zip: | Boston, MA 02108 |
| Phone Number: | (617) 367-7200 |
| Fax Number: | (617) 367-4820 |
| Email: | sliss@prle.com |

Shannon Liss-Riordan is a member in good standing of the Bar of the State of Massachusetts.

There are no pending disciplinary proceedings against Shannon Liss-Riordan in any State or Federal court.

Dated:        May 8, 2008
City, State:  New York, New York

Respectfully submitted,

By: /s/ Maimon Kirschenbaum
Maimon Kirschenbaum (DK 2338)
Joseph & Herzfeld, LLP
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640 phone
(212) 688-2548 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEANA BARENBOIM, JOSE ORTIZ, and
REVANS RAGBIR on behalf of themselves         INDEX NO: 08-cv-3318 (LTS)
and others similarly situated,

                                                                **AFFIDAVIT OF MAIMON**
                                                                 **KIRSCHENBAUM IN SUPPORT OF**
                Plaintiffs,              **MOTION TO ADMIT COUNSEL PRO**
                                                                  **HAC VICE**
   v.

STARBUCKS CORPORATION,

                Defendant.
-----------------------------------------------------------x

Maimon Kirschenbaum, being duly sworn, hereby deposes and says as follows:

1. I am a member of Joseph & Herzfeld, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Shannon Liss-Riordan as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Shannon Liss-Riordan for several weeks.

4. Shannon Liss-Riordan is a member of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.

5. I have found Ms. Liss-Riordan to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Shannon Liss-Riordan, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Shannon Liss-Riordan, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Shannon Liss-Riordan, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated:       May 7, 2008
City, State: New York, New York

Respectfully submitted,

By: _____
Maimon Kirschenbaum (DK 2338)
Joseph & Herzfeld, LLP
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640 phone
(212) 688-2548 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JEANA BARENBOIM, JOSE ORTIZ, and
REVANS RAGBIR on behalf of themselves
and others similarly situated,

INDEX NO: 08-cv-3318 (LTS)

**ORDER FOR ADMISSION PRO HAC
VICE ON WRITTEN MOTION**

Plaintiffs,

v.

STARBUCKS CORPORATION,

Defendant.
-------------------------------------------------------x

Upon the motion of Maimon Kirschenbaum attorney for Jeana Barenboim, Jose Ortiz, and Revans Ragbir, and others similarly situated, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Shannon Liss-Riordan |
| Firm Name: | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. |
| Address: | 18 Termont Street, Suite 500 |
| City/State/Zip: | Boston, MA 02108 |
| Phone Number: | (617) 367-7200 |
| Fax Number: | (617) 367-4820 |
| Email: | sliss@prle.com |

is admitted to practice pro hac vice as counsel for Jeana Barenboim, Jose Ortiz, and Revans Ragbir, and others similarly situated in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:    New York, New York

                                                                                                 _____
                                                                                                  United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

This is to certify that on May __, 2008, a copy of the foregoing was sent via certified mail, postage prepaid, to:

Starbucks Corporation
c/o United States Corporation Company
80 State Street
Albany, New York 12207

D. Maimon Kirschenbaum (DK-2338)

Joseph & Herzfeld LLP
757 Third Avenue
25th Floor
New York, NY 10017
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiff, proposed collective action members and proposed class*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourth** day of **January** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

**Shannon Liss-Riordan**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifth** day of **May** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116