

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JEANA BARENBOIM, JOSE ORTIZ, and
REVANS RAGBIR on behalf of themselves
and others similarly situated,

INDEX NO: 08-cv-3318 (LTS)

**Plaintiffs,**

**ORDER FOR ADMISSION PRO HAC
VICE ON WRITTEN MOTION**

v.

STARBUCKS CORPORATION,

**Defendant.**
-------------------------------------------------------x

Upon the motion of Maimon Kirschenbaum attorney for Jeana Barenboim, Jose Ortiz, and Revans Ragbir, and others similarly situated, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Shannon Liss-Riordan |
| Firm Name: | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. |
| Address: | 18 Termont Street, Suite 500 |
| City/State/Zip: | Boston, MA 02108 |
| Phone Number: | (617) 367-7200 |
| Fax Number: | (617) 367-4820 |
| Email: | sliss@prle.com |

is admitted to practice pro hac vice as counsel for Jeana Barenboim, Jose Ortiz, and Revans Ragbir, and others similarly situated in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   New York, New York
5/16/08

_____
United States District/~~Magistrate~~ Judge