UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEANA BARENBOIM, JOSE ORTIZ, and
REVANS RAGBIR on behalf of themselves        INDEX NO: 08cv3318 LTS
and all others similarly situated,

                                                 **APPEARANCE**

       **Plaintiffs,**

   v.

**STARBUCKS CORPORATION,**

       **Defendant.**
-----------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs Barenboim, *et al*.

    I certify that I am admitted to practice in this court.

Dated: New York, New York            Respectfully submitted,
       May 20, 2008

                                                /s/ Michael D. Palmer
                                          Michael D. Palmer (MP-5090)
                                          JOSEPH & HERZFELD LLP
                                          757 Third Avenue, 25th Floor
                                          New York, New York 10017
                                          Tel: (212) 688-5640
                                          Fax: (212) 688-2548
                                          mpalmer@jhllp.com