**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEANA BARENBOIM, JOSE ORTIZ, and REVANS RAGBIR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civ. Action No. 08-cv-03318-LTS |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Starbucks Corporation certifies that there are no parent corporations or any other publicly-held corporations that own 10 percent or more of Starbucks Corporation's stock.

Respectfully submitted,

DATED: May 27, 2008

_____/s/_____
Samidh Guha
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
sguha@akingump.com

ATTORNEYS FOR DEFENDANT
STARBUCKS CORPORATION