UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE STARBUCKS EMPLOYEE )<br>GRATUITY LITIGATION ) <br> ) <br> ) <br> ) MASTER FILE <br> ) 08 Civ. 3318 (LTS) <br>This Document Relates To: ) <br>*Barenboim et al. v. Starbucks Corporation* ) <br>08 Civ. 3318 (LTS) ) <br>_____ ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Shannon Liss-Riordan as *pro hac vice* attorney for Plaintiffs in the above captioned matter. Her Motion to Appear *Pro Hac Vice* was granted in the *Barenboim* case on May 16, 2008. The Clerk's Office has instructed counsel to file this notice of appearance in order to receive electronic notices through the ECF filing system.

Respectfully submitted,

JEANA BARENBOIM, JOSE ORTIZ, REVANS RAGBIR,

and all others similarly situated.

By their attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan
PYLE, ROME, LICHTEN,
EHRENBERG, & LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, Massachusetts 02108
Dated: June 18, 2008                    (617) 367-7200

2

## CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2008, I caused a copy of this document to be served by electronic filing on all counsel on record.

                                     /s/ Shannon Liss-Riordan
                                   Shannon Liss-Riordan, Esq.