UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STARBUCKS EMPLOYEE GRATUITY LITIGATION<br><br>This Document Relates To:<br>*Harayda v. Starbucks Corporation,*<br>No. 08 Civ. 4182 (LTS)(JCF) | MASTER FILE<br>08 Civ. 3318 (LTS)<br><br>Electronically filed |

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case for Consolidated Plaintiff Julianne Harayda.

 I certify that I am admitted to practice in this court.

Dated: New York, New York   Respectfully submitted,
   June 19, 2008

            /s/ Michele F. Raphael
            Michele F. Raphael
            Wolf Popper LLP
            845 Third Avenue, 12th Floor
            New York, New York  10022
            T: 212.759.4600
            F: 212.486.2093
            mraphael@wolfpopper.com