UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STARBUCKS EMPLOYEE GRATUITY LITIGATION<br><br>This Document Relates To:<br>*Harayda v. Starbucks Corporation,*<br>No. 08 Civ. 4182 (LTS)(JCF) | MASTER FILE<br>08 Civ. 3318 (LTS)<br><br>Electronically filed |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Consolidated Plaintiff Julianne Harayda.

I certify that I am admitted to practice in this court.

Dated: New York, New York          Respectfully submitted,
       June 19, 2008

                                   /s/ Natalie M. Mackiel
                                   Natalie M. Mackiel
                                   Wolf Popper LLP
                                   845 Third Avenue, 12th Floor
                                   New York, New York  10022
                                   T: 212.759.4600
                                   F: 212.486.2093
                                   nmackiel@wolfpopper.com