**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
IN RE STARBUCKS EMPLOYEE
GRATUITY LITIGATION                    MASTER FILE
                                       08 Civ. 3318 (LTS)

This Document Relates to:
All Actions

-----------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Starbucks Corporation ("Starbucks") appears in this action by and through its undersigned counsel, Gregory W. Knopp, of Akin Gump Strauss Hauer & Feld LLP.

PLEASE TAKE FURTHER NOTICE that Starbucks hereby requests that copies of all papers and pleadings served in this action be served on the undersigned.

                                       Respectfully submitted,

DATED: June 25, 2008                   /s/ Gregory W. Knopp
                                       Gregory W. Knopp (GK 5007)
                                       AKIN GUMP STRAUSS HAUER & FELD LLP
                                       2029 Century Park East
                                       Suite 2400
                                       Los Angeles, CA 90067
                                       Telephone: (310) 552-6436
                                       Facsimile: (310) 229-1001
                                       gknopp@akingump.com

                                       ATTORNEY FOR DEFENDANT
                                       STARBUCKS CORPORATION