UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STARBUCKS EMPLOYEE GRATUITY LITIGATION<br><br>This Document Relates to:<br>All Actions | MASTER FILE<br>08 Civ. 3318 (LTS)<br><br>Class Action |

**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF**
**INTERIM CLASS COUNSEL**
**(INCLUDING REQUEST FOR ORAL ARGUMENT)**

**WOLF POPPER LLP**
Lester L. Levy
Michele F. Raphael
Natalie M. Mackiel
845 Third Avenue
New York, NY 10022
(212) 759-4600

Attorneys for Plaintiff Julianne Harayda and
Proposed Interim Class Counsel

Doc. 161170

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(g)(3), Plaintiff Julianne Harayda ("Plantiff," "Harayda") moves this Court, at the United States Courthouse, located at 500 Pearl St., Courtroom 17C, New York, New York 10007, for an order appointing Wolf Popper LLP as Interim Class Counsel, and for such other and further relief as is just. Plaintiff Harayda respectfully requests oral argument on the motion at such time as the Court determines is appropriate.

In accordance with the Court's Individual Practice Item 2(B), counsel for Plaintiff Harayda has used best efforts to resolve class representation informally with Counsel for Barenboim Plaintiffs. These efforts have been unsuccessful, necessitating this motion.

In support of her motion, Plaintiff Harayda respectfully submits: (1) a Memorandum of Law, dated July 23, 2008; and (2) the Declaration of Michele Fried Raphael, dated July 23, 2008.

Dated: July 23, 2008

          Respectfully submitted,

          **WOLF POPPER LLP**

          By: /s/ Michele F. Raphael

          Lester L. Levy
          Michele F. Raphael
          Natalie M. Mackiel
          845 Third Avenue
          New York, NY 10022
          (212) 759-4600

          Attorneys for Plaintiff Harayda and
          Proposed Interim Class Counsel

**PROOF OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed with Wolf Popper LLP, whose offices are located in the City and State of New York. My business address is: 845 Third Avenue, New York, NY 10022.

That on July 23, 2008, via ECF, I served the foregoing documents entitled: NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL in this action, in particular on the following counsel for Barenboim Plaintiffs and Defendant Starbucks:

Daniel Maimon Kirschenbaum
Charles Edward Joseph
Michael Douglas Palmer
Joseph and Herzfeld
757 3rd Avenue
NY, NY 10017
(212)688-5640x2548
Fax: (212)688-5639
Email: maimon@jhllp.com
      mpalmer@jhllp.com

Shannon Liss-Riordan
Pyle, Rome, Lichten, Ehrenberg &
Liss-Riordan, P.C
18 Tremont Street, Suite 500
Boston, MA 02108
(617)-367-7200
Fax: (617)-367-4820
Email: sliss@prle.com

*Counsel for Barenboim Plaintiffs*

Samidh Jalem Guha
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1015
Fax: (212) 872-1002
Email: sguha@akingump.com

Gregory W Knopp
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 552 6436
Fax: 310 229 1001
Email: gknopp@akingump.com

Jessica W. Paniccia
Nathan J. Oleson
Daniel L. Nash
Akin, Gump, Strauss, Hauer & Feld, LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4390
Fax: (202) 887-4288
Email: jpaniccia@akingump.com
      noleson@akingump.com
      dnash@akingump.com

*Counsel for Defendant Starbucks*

BY ELECTRONIC MEANS: I caused the above-referenced document to be uploaded onto the ECF system for the United States District Court, Southern District of New York.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Executed on July 23, 2008, New York, New York.

/s/ Michele F. Raphael

Michele F. Raphael