USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 8 OCT 2010

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

IN RE STARBUCKS EMPLOYEE
GRATUITY LITIGATION

MASTER FILE
08 Civ. 3318 (LTS)

This Document Relates to:
All Actions

-------------------------------------------------------x

## JOINT STIPULATION *AND ORDER* OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Julianne Harayda and defendant Starbucks Corporation hereby stipulate to dismissal of plaintiff's claims with prejudice in light of the parties' agreement to resolve this matter. The parties request that the Court close the case file and terminate *Harayda v. Starbucks Corp.*, Case No. 08-CV-4182 (LTS)(JCF). Each party shall bear its own costs.

This dismissal is without prejudice as to the claims of absent putative class members and therefore does not implicate the notice and approval requirements of Fed. R. Civ. P. 23(e) or 28 U.S.C. § 1711, *et seq*. *See, e.g.*, Manual for Complex Litigations (Fourth) § 21.312 (2008) ("Rule 23(e) requires notice of a settlement only if it would bind the class. If individual members settle individual claims before class certification, notice to the class is not required even if the class claims have been dismissed without prejudice or withdrawn."); Commentary to 2003 Amendments to Fed. R. Civ. P. 23(e)(1)(A) (noting that court approval is not required for settlement of individual claims prior to certification of class); 28 U.S.C. § 1711(6) (defining "proposed settlement" subject to statute to include only those settlement agreements that are "subject to court approval and . . . if approved, would be binding on some or all class members").

DATED: October 7, 2010

*Emily Madoff* (signed)                    *Nathan J. Oleson* (signed)

Lester L. Levy
Michele F. Raphael
Emily Madoff
Natalie M. Mackiel
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
llevy@wolfpopper.com
mraphael@wolfpopper.com
nmackiel@wolfpopper.com

ATTORNEY FOR PLAINTIFF
JULIANNE HARAYDA

Daniel L. Nash
Nathan J. Oleson
Kelly M. Scindian
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
dnash@akingump.com
noleson@akingump.com
kscindian@akingump.com

Samidh Guha
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
sguha@akingump.com

Gregory W. Knopp
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: (310) 552-6436
Facsimile: (310) 229-1001
gknopp@akingump.com

ATTORNEYS FOR DEFENDANT
STARBUCKS CORPORATION

*[Handwritten:]* In light of the foregoing, the Clerk of Court is respectfully requested to close cases 08 Civ 3318, 08 Civ 4182 and any other related or component cases.

SO ORDERED.
NEW YORK, NY
Oct 7, 2010
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was served this 7th day of October, 2010 via the ECF filing system registered users on the following:

> D. Maimon Kirschenbaum
> Charles Joseph
> Michael D. Palmer
> JOSEPH & HERZFELD LLP
> 757 Third Avenue
> 25th Floor
> New York, NY 10017
>
> Shannon Liss-Riordan
> Harold L. Lichten
> Hillary Schwab
> LICHTEN &
> LISS-RIORDAN, P.C.
> 100 Cambridge Street
> 20th Floor
> Boston, MA 02114
>
> Lester L. Levy
> Michele F. Raphael
> Natalie M. Mackiel
> WOLF POPPER LLP
> 845 Third Avenue
> New York, NY 10022

/s/
Nathan J. Oleson

3